# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

**FILED**

DEC 2 1 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| Rick Clark,Thomas Sanders,Karlton Ferrell | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Metro East Industries.,Gayle Ortyl,RickOrtyl | ) |
| *Defendant(s)* | ) |

Case Number: $11-CV-1124-GPM-SCW$
(To be supplied by Clerk's Office)

# EMPLOYMENT
# DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against Metro East Industries.,Gayle Ortyl,RickOrtyl [defendant(s)] for discrimination as set forth below.

Plaintiff ⊙DOES ○DOES NOT demand a jury trial.

## I. PARTIES

Name and Address of Plaintiff:

Rick Clark, 2012 Jerome Ln.Cahokia,IL 62206
Thomas Sanders, 140 South 3rd,Belleville,IL
Karlton Ferrell 18 Woodside Dr. Belleville,IL62223

Name and Address of Defendant(s):

Metro East Industries,3126 Missouri Ave, East Saint Louis,IL 62205
Gayle Ortyl, 3126 Missouri Ave, East Saint Louis,IL 62205
Rick Ortyl, 3126 Missouri Ave, East Saint Louis,IL 62205

(Rev. 4/2010)                    -1-

The plaintiff was:

    ◯     denied employment by the defendant(s).

    ◉     hired and is still employed by the defendant(s).

    ◉     employed but is no longer employed by the defendant(s).

The alleged discrimination began on or about: March 23, 2010 _____ (give month, day, and year).

## II. JURISDICTION

1.     Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐     **Sex** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☑     **Race** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5, and/or 42 U.S.C. § 1981)

    ☐     **Age** (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐     **Disability** (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐     **National Origin** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☐     **Religion** (Title VII of the Civil Rights Act of 1967, as amended, 42 U.S.C. § 2000e-5)

    ☐     **Other** (list): _____

2.     Plaintiff ◉ Has ◯ Has Not filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

Plaintiff ◉ Has ◯ Has Not filed a charge before the Illinois Department of Human Rights relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint]**.

3.     Plaintiff's Right to Sue Notice from the EEOC was received on or about 9/28/2011 (date). **[Attach a copy of Notice of Right to Sue to this complaint]**.

(Rev. 4/2010)                         -2-

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Plaintiffs, Rick Clark, Thomas Sanders and Karlton Ferrell filed legitimate complaints in accordance to policy/Company/Employee Manual, with Metro East Industries, its owners Gayle Ortyl and Rick Ortyl. Plaintiffs Rick Clark, Thomas Sanders and Karlton Ferrell filed a charge of Discrimination, ( A Federal Protected Right ) with the U.S. Equal Employment Opportunity Commission. Plaintiffs have been subjected to harassment, racial slurs, job reassignments, lack of promotions, and loss of incentive pay. Defendants Metro East Industries, Gayle Ortyl and Rick Ortyl have failed to discipline or remove any (White) employees who violate(s) any company rules or policies governing Harassment.

## IV. FACTS IN SUPPORT OF CLAIM

State here briefly and clearly as possible the essential facts of your claim. Take time to organize your statement. You may use numbered paragraphs if you find it helpful. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal and how it discriminated against you. It is not necessary to make legal arguments or cite any cases or statutes. In most circumstances, this only makes your claim difficult to understand. As much as possible, let the facts speak for themselves.

Plaintiffs: Rick Clark, Thomas Sanders and Karlton Ferrell on or about 3/23/2010 Filed a oral complaint with Supervisor Wade Clevenger about a Noose hanging outside the employees break room, Wade Clevenger stated that the responsible party, (once found) would be disciplined. A long time employee and Union Steward Robley McIntosh ( of his own admission) was found to be the culprit. Robley Macintosh admitted that through the years he had placed about 40 Nooses throughout the work place. Metro East Industries, Gayle Ortyl or Rick Ortyl decided against any disciplinary action against Robley McIntosh. Plaintiffs Rick Clark, Thomas Sanders and Karlton Ferrrell filed a complaint on or about 3/23/2010 with the EEOC. Plaintiffs,were,and are subjected to harassment, racial slurs, job reassignments, lack of promotions, and loss of incentive pay.

(Rev. 4/2010)                                            -3-

## V. RELIEF YOU REQUEST

Based on the foregoing, Plaintiff seeks the following relief: (check below what you want the court to do for you – make as many checks as you like, and use additional sheets, if necessary).

[✓] An award of back pay
[ ] Reinstatement to Plaintiff's old position
[ ] Costs of suit (but not attorney fees)
[✓] An award of money damages
[✓] Other (explain below)

Plaintiffs pray that the Honorable Court Deem it appropriate that the Company, its Owners and employees enter into Diversity training.

Signed on: 12-21-11
(date)

140 S. 33rd ST.
Street Address

Belleville, IL. 62226
City, State, Zip

Thomas Sanders
Signature of Petitioner

Thomas Sanders
Printed Name

Signed on: 12-21-11
(date)

2012 Jerome Ln.
Street Address

Cahokia, IL. 62206
City, State, Zip

Ricky L. Clark
Signature of Petitioner

Ricky L. Clark
Printed Name

Signature of Attorney (if any)

Signed: 12/21/2011
date

18 Woodside Dr.
Street Address

Belleville, IL. 62223
City, State, Zip

Karlton Ferrell
Signature of Petitioner

Karlton Ferrell
Printed Name

(Rev. 4/2010)                    -4-