IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RICK CLARK, THOMAS SANDERS and KARLTON FERRELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:11-CV-01124-JPG-SCW |
| METRO EAST INDUSTRIES, INC., | ) ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FINALIZE SETTLEMENT

COME NOW Plaintiffs Rick Clark, Thomas Sanders, and Karlton Ferrell ("Plaintiffs") and Defendant Metro East Industries, Inc. ("Defendant") (collectively, the "Parties"), through their attorneys, and move the Court to delay entry of judgment for an additional fourteen (14) days, up to and including February 10, 2014. The Parties are finalizing the terms of their settlement agreements and need additional time to secure necessary signatures and authorizations. Counsel for Plaintiffs and Defendant have conferred, and agree to this extension of time.

Respectfully submitted,

THOMPSON COBURN LLP

By */s/ Paul R. Klein*
Paul R. Klein, IL - 6306343
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000
pklein@thompsoncoburn.com

Attorney for Plaintiffs Rick Clark, Thomas Sanders, and Karlton Ferrell

- 2 -

WEILMUENSTER LAW GROUP


*/s/ Frederick W. Keck (w/consent)*
Frederick W. Keck
3201 W. Main Street
Belleville, IL 62226
fwk@weilmuensterlaw.com

Attorney for Defendant Metro East Industries, Inc.

- 2 -

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Consent Motion was served via the Court's Electronic Filing System, this 24th day of January, 2014, upon:

Frederick W. Keck
J. Brian Manion
WEILMUENSTER LAW GROUP
3201 W. Main Street
Belleville, IL 62226

*/s/ Paul R. Klein*