### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RICK CLARK et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 11-cv-1124 JPG/SCW** |
| | ) | |
| **METRO EAST INDUSTRIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 31, 2014**     **NANCY J. ROSENSTENGEL, Clerk of Court**

              **s/Tamra Baugh**         **,**
              **Deputy Clerk**

**Approved:**  *s/ J. Phil Gilbert*
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**